IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DR. FRANK D. MAY, and
FRANK D. MAY, D.M.D., P.A.,
A Florida corporation,
     Plaintiffs,

v.                                                          Case No. 5:07cv95/RH/EMT

INDIANAPOLIS LIFE INSURANCE
COMPANY; et al.,
     Defendants.
_____/

## **O R D E R**

This cause is before the court upon Defendants Michael E. Lloyd and Williams Coulson's Motion to Compel Plaintiffs' Answers to Interrogatories and Response to Request for Production Served December 19, 2007, and for Attorney's Fees and Costs (Doc. 77).  Before the court rules on this matter, Plaintiffs shall have an opportunity to respond.

Accordingly, it is **ORDERED**:

Plaintiffs shall respond to Defendant Lloyd & Coulson's motion on or before **MONDAY, MARCH 24, 2008**.  Prior to responding, Plaintiffs shall fully review this court's "Order Concerning Discovery Disputes," which will be issued by separate order on today's date.

**DONE AND ORDERED** this 18th day of March 2008.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**