# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

DR. FRANK D. MAY et al.,

     Plaintiffs,

v.                                 CASE NO. 5:07cv95-RH/EMT

INDIANAPOLIS LIFE INSURANCE
COMPANY et al.,

     Defendants.

_____/

## ORDER FOR DISMISSAL

Plaintiffs have filed a notice (document 86) indicating this matter has been settled "in principle" and asking that the action be dismissed contingent upon final execution of settlement documents. Accordingly,

IT IS ORDERED:

1. The parties shall abide by their settlement agreement.

2. All claims other than for enforcement of the settlement agreement are hereby voluntarily dismissed with prejudice in accordance with Federal Rule of Civil Procedure 41.

3. Jurisdiction is retained for enforcement of the order requiring compliance

with the settlement agreement.

    4.  The clerk shall enter judgment stating, "The parties are ordered to abide by their settlement agreement.  The court reserves jurisdiction to enforce the order to abide by the settlement agreement.  All claims in this action are voluntarily dismissed with prejudice in accordance with Federal Rule of Civil Procedure 41."  The clerk shall close the file.

    5.  Any party that objects to the terms of this order or the judgment to be entered pursuant hereto may file a timely motion to alter or amend in accordance with Federal Rule of Civil Procedure 59(e).

    SO ORDERED this 4th day of May, 2008.

                              s/Robert L. Hinkle  
                              Chief United States District Judge